ORIGINAL
FILED

07 JUN 13 PH 3:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  DAVID E. KLEINFELD (Bar No. 110734)
2  CHAD R. FULLER (Bar No. 190830)
   BRITTANY L. LITTLE (Bar No. 239681)
3  E-Mail: David.Kleinfeld@hellerehrman.com
   HELLER EHRMAN LLP
4  4350 La Jolla Village Drive, 7th Floor
   San Diego, CA 92122-1246
5  Telephone: +1 (858) 450-8400
6  Facsimile: +1 (858) 450-8499

7  Attorneys for Defendant
8  WILBUR-ELLIS COMPANY

9
                    UNITED STATES DISTRICT COURT
10
                   SOUTHERN DISTRICT OF CALIFORNIA
11

12
13  ROBERT ADAM KENNEDY, an individual, on       Case No. '07 CV 1082 (H)    RBB
    behalf of himself, and on behalf of all persons
14  similarly situated,

15                                                CLASS ACTION
                              Plaintiff,
16
17        v.                                      APPENDIX OF STATE COURT FILE
                                                  PURSUANT TO 28 U.S.C. § 1446(a)
18  NATURAL BALANCE PET FOODS, INC., a
    California corporation; WILBUR-ELLIS
19  COMPANY, a California corporation; and
    DOES 1 through 100, inclusive,
20
21                            Defendants.

22
23
24
25
26
27
28

APPENDIX OF STATE COURT FILE
PURSUANT TO 28 U.S.C. § 1446(a)

1    Pursuant to 28 U.S.C. § 1446(a), attached is an appendix containing the state court

2    pleadings, process, and orders.

3

4

5    June 13, 2007                          Respectfully submitted,

6                                           HELLER EHRMAN LLP

7

8                                       By _____

9                                           DAVID E. KLEINFELD
                                            CHAD R. FULLER
10                                          BRITTANY L. LITTLE
                                         Attorney for Defendant
11                                       WILBUR-ELLIS COMPANY

12

13

14   SD 878946 v1
     (00385.0001)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPENDIX OF STATE COURT FILE
PURSUANT TO 28 U.S.C. § 1446(a)                    2

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
**(SOLO PARA USO DE LA CORTE)**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NATURAL BALANCE PET FOODS, INC., a California corporation,
and WILBUR-ELLIS COMPANY. a California corporation; and DOES 1
through 100, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ROBERT ADAM KENNEDY, an individual, on behalf of himself, and
on behalf of all persons similarly situated

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA. COUNTY OF SAN DIEGO 330 West Broadway San Diego, CA 92101 | CASE NUMBER *(Número del Caso)* 37-2007-00066201-CU-BT-CTL |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Norman Blumenthal (Bar # 068687)
Blumenthal & Nordrehaug
2255 Calle Clara. La Jolla, CA 92037

Phone No. (858) 551-1223
Fax No. (858) 551-1232

| DATE: *(Fecha)* MAY 0 3 2007 | Clerk, by R.S. Vela *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons. (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* WILBUR-ELLIS COMPANY, a california corporation

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A Page 3

1   **BLUMENTHAL & NORDREHAUG**
      Norman B. Blumenthal (State Bar #068687)
2     Kyle R. Nordrehaug (State Bar #205975)
      Aparajit Bhowmik (State Bar #248066)
3   2255 Calle Clara
    La Jolla, CA 92037
4   Telephone: (858)551-1223
    Facsimile: (858) 551-1232
5
    Attorneys for Plaintiffs
6

7

8

9            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10             **IN AND FOR THE COUNTY OF SAN DIEGO**

11

12                                          37-2007-00066201-CU-BT-CTL

13   ROBERT ADAM KENNEDY, an individual,      CASE No._____
     on behalf of himself, and on behalf of all
14   persons similarly situated,              CLASS ACTION

15              Plaintiff,                    COMPLAINT FOR:

16   vs.                                      (1) VIOLATIONS OF THE CONSUMER
                                              LEGAL REMEDIES ACT (CIVIL CODE
17    NATURAL BALANCE PET FOODS, INC.,        §1770, *et seq.*, and
     a California corporation; WILBUR-ELLIS
18   COMPANY, a California corporation; and   (2) UNFAIR COMPETITION IN
     DOES 1 through 100, Inclusive,           VIOLATION OF CAL. BUS. & PROF.
19                                            CODE § 17200 *et seq.*,
                Defendants.
20                                            DEMAND FOR A JURY TRIAL

21

22

23

24

25

26

27                              1
28   _____
                             COMPLAINT

## INTRODUCTION

1.  COMES NOW, Plaintiff Robert Adam Kennedy ("Plaintiff"), individually and on behalf of all others similarly situated, bring this action as a class action against Defendants NATURAL BALANCE PET FOODS, INC., WILBUR-ELLIS COMPANY, and DOES 1 through 100, inclusive (hereinafter collectively referred to as "DEFENDANTS"), for violations of the Consumer Legal Remedies Act and for Unfair Competition. Plaintiff alleges, based upon information and belief, except where otherwise stated, as follows:

## NATURE OF THE ACTION

2.  The instant Class Action Complaint involves a scheme among the DEFENDANTS through which Natural Balance brand pet food products were expressly sold to consumers as "Made in the USA," when in fact components of the Natural Balance brand pet food products were made and/or manufactured in China. Plaintiff seeks restitution and/or damages for all consumers throughout the United States who purchased "Natural Balance" brand pet food products which represents on the product label to have been "Made in the USA" during the applicable Class Period. The Natural Balance brand pet food products which are the subject of this suit are the following specific products:

> a.  Venison and Brown Rice Dry Dog Formula,
>
> b.  Venison and Brown Rice Canned Dog Food
>
> c.  Venison and Brown Rice Formula Dog Treats
>
> d.  Venison and Green Pea Dry Cat Formula

In addition, there may be other Natural Balance brand pet food products that were similarly labeled as "Made in the USA" but contained components that were imported from outside of the United States. Plaintiff will therefore amend to list any additional Natural Balance brand pet food products which were sold as "Made in the USA" but contained components that were imported from outside the United States as such additional Natural Balance brand pet food products are identified through discovery.

2

COMPLAINT

3.      Central to the Defendants' marketing of certain of their products is the representation and designation that such products were and are "Made in the USA." Defendants package these products with the designation on the label or packaging, in capital and bold lettering, that the products were "Made in the USA." Studies show that the "Made in the USA" is a substantial factor in consumer purchasing decisions. Moreover, in the context of food products, the designation that the products were "Made in the USA" becomes a central and primary concern because of concerns about the health and safety of the pet and the differences in health and safety procedures and regulations in foreign countries, especially China.

4.      All of the pet food products under the brand name "Natural Balance" sold to consumers in California and nationwide have substantially the same product label. On each package of Natural Balance pet food, the label uniformly represents that the product was "Made in the USA" in capital letters. True and correct exemplar copy of an Natural Balance pet food label attached hereto as Exhibit #1, evidencing the uniform representations regarding geographic origin of the product. All of the Natural Balance pet food sold contains identical or substantively similar representations as to the geographic origin of the product being "Made in the USA."

5.      At all relevant times, Natural Balance brand pet foods were not "Made in the USA" as falsely advertised, but instead, were manufactured either in whole or in part, in China. On or after April 17, 2007, as a result of the FDA investigation into these products, DEFENDANTS disclosed for the first time that the Natural Balance brand pet food products contained ingredients manufactured in China.

6.      At all relevant times, Defendants NATURAL BALANCE PET FOODS, INC. ("Natural Balance") and WILBUR-ELLIS COMPANY ("Wilbur-Ellis") are companies that each participated in the manufacture and/or distribution of an Natural Balance brand pet food product and were responsible in some part, for the false representation that the Natural Balance product was "Made in the USA." Natural Balance and Wilbur-Ellis each participated in the packaging or labeling of Natural Balance brand pet food products, each with the fraudulent representation of geographic origin. Natural Balance and Wilbur-Ellis each knew or exercised conscious disregard for the truth that Natural Balance brand pet food products were not "Made in the USA," but

1   instead, were manufactured either in whole or in part, in China. Despite this knowledge, they

2   nevertheless participated in the fraudulent labeling of Natural Balance pet food products as

3   "Made in the USA." Natural Balance and Wilbur-Ellis each knew that the fraudulent labeling of

4   Natural Balance brand pet food products as "Made in the USA" would be reasonably relied upon

5   by end consumers. Despite this knowledge, they nevertheless participated in fraudulent labeling

6   of Natural Balance brand pet food products, distributing Natural Balance products to retail stores

7   for the intended purpose of sales to the consumers in California and nationwide, without any

8   reasonable grounds to believe that the products were "Made in the USA."

9       7.      At all relevant times, Defendant Wilbur-Ellis is the company responsible, whole

10  or in part, for importing the manufactured rice protein ingredient in Natural Balance brand pet

11  food products from China and supplying the same for use in the Natural Balance brand pet food

12  products. The Chinese product(s) imported by Wilbur-Ellis was actually used in the Natural

13  Balance brand pet food products. Although importing the manufactured rice protein ingredient

14  from China, Wilbur-Ellis nevertheless participated in the scheme and practice of marketing and

15  labeling the Natural Balance brand pet food products as "Made in the USA" and/or were

16  responsible for the mislabeling of the Natural Balance brand pet food products as "Made in the

17  USA."

18      8.      Under the federal regulations established the Federal Trade Commission, for a

19  product to be called "Made in the USA," the product must be "all or virtually all" made in the

20  U.S." The term "United States," includes the 50 states, the District of Columbia, and the U.S.

21  territories and possessions. Under this standard, "All or virtually all" means that "all significant

22  parts and processing that go into the product must be of U.S. origin. That is, the product should

23  contain no — or negligible — foreign content." See Federal Trade Commission Statement

24  "Complying with the Made In the USA Standard."

25      9.      The Natural Balance brand pet food products that were imported, manufactured

26  and sold by DEFENDANTS were comprised of components that were manufactured outside of

27  the United States, including but not limited to China. At all relevant times prior to April 17,

28  2007, DEFENDANTS failed to disclose and concealed the fact that Natural Balance brand pet

4

COMPLAINT

1    food products contained ingredients or components that were manufactured and/or made in

2    China and failed to exercise the necessary skill and case required to determine the accuracy of

3    this statement.

4        10.    Contrary to DEFENDANTS' packaging of Natural Balance brand pet food

5    products, (a) the Natural Balance products contain certain components that have been entirely or

6    substantially made, manufactured or produced outside of the United States, and (b) not all, or

7    virtually all, of each Natural Balance product is "Made in the USA." Defendants have

8    fraudulently concealed the material facts at issue herein by failing to disclose to the general

9    public the true facts regarding the country of origin designation appearing on the Natural Balance

10   brand pet food products. The disclosure of this information was necessary in order to make the

11   Defendants' representations regarding product origin not misleading. Defendants possess

12   superior knowledge of the true facts, including knowledge that certain components were

13   imported under a "Made in China" designation, which were not disclosed and which were

14   necessary to discover the wrongful conduct, thereby tolling the running of any applicable statute

15   of limitation.

16       11.    Consumers and users of these products are particularly vulnerable to these

17   deceptive and fraudulent practices. Defendants were in the exclusive possession of information

18   regarding the country of origin for Natural Balance brand pet food products. Most consumers

19   possess very limited knowledge of the likelihood that products claimed to be "Made in the USA"

20   are in fact made, in whole or in part, in foreign countries. This is a material factor in many

21   people's purchasing decisions, as they believe they are buying truly American products and

22   supporting American companies and American jobs. Consumers generally believe that "Made in

23   the USA" products are higher quality products than those of other countries. Unaware of the

24   falsity of the Defendants' country-of-origin claims, Plaintiff and the other members of the Class

25   were fraudulently induced to purchase Natural Balance brand pet food products under false

26   pretenses and at premium prices. State and federal laws are uniformly designed to protect

27   consumers from this type of false advertising and predatory conduct. Defendants' deception of

28   consumers is ongoing and will victimize consumers every day until it is altered by judicial

1   intervention.

2       12.     The country-of-origin designation is especially important and material in the

3   context of food products because of the protections afforded by the Food and Drug

4   Administration, and local health agencies, over food products made in the United States.  For

5   example, food products made in foreign countries can be grown or made using banned pesticides

6   and/or chemicals, which one would not expect to find in Made in the USA food products.

7   Consumers who purchase food products designated with the "Made in the USA" reasonably

8   believe that they are purchasing product which has been grown and made in accordance with

9   state and federal regulations.  These same regulations are not present in foreign countries where

10  unsafe and deleterious chemicals may be used without regulatory oversight.  This concern is

11  evidenced by the 2007 recall of many Natural Balance brand pet food products, which was

12  ordered because of the presence of chemicals which were illegal for use in food in the United

13  States.  This would not have occurred if the products were in fact "Made in the USA" as

14  represented.

15

16                              **THE PARTIES**

17      13.     The Plaintiff ROBERT ADAM KENNEDY is, and at all time mentioned herein

18  was, a resident of San Diego County, California, who purchased Natural Balance brand pet food

19  products at a Petco retail store located in California during the Class Period.  The Plaintiff

20  purchased Natural Balance brand pet food products as a consumer for the household purpose of

21  feeding the product to his beloved pet.

22      14.     Defendant NATURAL BALANCE PET FOODS, INC. is and at all times

23  mentioned herein was, a corporation organized under the laws of California, authorized to

24  conduct business in California, and having a principal place of business in California.  At all

25  relevant times, Natural Balance conducted and conducts substantial business in the State of

26  California and substantially availed and avails itself of the consumer pet food market in

27  California and the United States.

28      15.     Defendant WILBUR-ELLIS COMPANY is and at all times mentioned herein

6
COMPLAINT

Exhibit A Page *9*

1  was, a corporation residing in and with a principal place of business in California.  At all relevant

2  times, Wilbur-Ellis conducted and conducts substantial business in the State of California and

3  substantially availed and avails itself of the consumer pet food market in California and the

4  United States.

5      16.    Plaintiffs are ignorant of the true names and capacities of the Defendants sued

6  herein as DOES 1 through 100, inclusive, and therefore sued these Defendants by fictitious

7  names.  Plaintiffs will amend further this Class Action Complaint to allege the true names and

8  capacities of these Defendants if and when they are ascertained.  Each of these Defendants, sued

9  by the fictitious DOE designation, was in some manner responsible for the acts, omissions,

10  misrepresentations, non-disclosures, deception, violation of statutes, furtherance of the scheme,

11  and other wrongdoing as alleged herein, all of which directly and proximately caused damage to

12  Plaintiffs.  Plaintiffs are further informed and believe that said Defendants, some of them, each of

13  them and/or all or them were the knowing and willful participants in a scheme to promote,

14  market, sell, advertise, or otherwise benefit from the sale of mislabeled Natural Balance brand

15  pet food products.

16

17                            **JURISDICTION AND VENUE**

18      17.    This Court has jurisdiction over this action, and venue is proper in San Diego

19  County, California, because (1) the Plaintiff's purchases of Natural Balance brand pet food

20  products occurred in San Diego County, (2) the Plaintiff resides in San Diego County, (3) sale of

21  Natural Balance brand pet food products to members of the Class occurred in San Diego County,

22  (4) the Defendants reside in California, and (5) the deceptive trade practices that give rise to this

23  claim emanated from and occurred, in whole or in part, in California.

24

25                            **CLASS ALLEGATIONS**

26      18.    Plaintiffs bring this action pursuant to Section 382 of the California Code of Civil

27  Procedure and Section 1781 of the California Civil Code as a nationwide class action on their

28  own and on behalf of a class defined as:

7

COMPLAINT

ALL INDIVIDUALS IN THE UNITED STATES WHO PURCHASED ONE OR MORE NATURAL BALANCE BRAND PET FOOD PRODUCTS BETWEEN MAY 3, 2003 AND APRIL 17, 2007

The Natural Balance Brand Pet Food Products which are the subject of this suit are the following specific products:

        a.  Venison and Brown Rice Dry Dog Formula,

        b.  Venison and Brown Rice Canned Dog Food

        c.  Venison and Brown Rice Formula Dog Treats

        d.  Venison and Green Pea Dry Cat Formula

Other Natural Balance brand pet food products may also have been similarly labeled as "Made in the USA" but contained components that were imported from outside of the United States. Plaintiff will therefore amend to list any additional Natural Balance brand pet food products which were sold as "Made in the USA" but contained components that were imported from outside the United States as such additional Natural Balance brand pet food products are identified through discovery. Excluded from the Class are Defendants, any parent, subsidiary of affiliate of Defendants, and their officers, directors, and employees of Defendants, and any judicial officer who may preside over this cause of action.

      19.    The requirements for maintaining this action as a class action are satisfied in that:

        a.    It is impracticable to bring all members of the Class before the Court. Plaintiff estimates that there are thousands of Class Members geographically spread throughout California and throughout the United States. Attempting to join and name each Class member as a co-plaintiff would be unreasonable and impracticable.

        b.    There are questions of law and fact common to the Class, which are identical for each member of the Class and which predominate over the questions affecting the individual Class members, if any. Among these common questions of law and fact are:

        (i)    Whether Defendants made deceptive representations or designations of geographic origin in connection with Natural Balance brand pet food products;

1            (ii)    Whether the representations or designations of geographic origin in

2                   connection with Natural Balance brand pet food products violated

3                   15 U.S.C. §45a and/or Cal. Bus. & Prof. Code § 17533.7;

4            (iii)   Whether Natural Balance brand pet food products were represented

5                   on the package labeling to have been "Made in the USA";

6            (iv)   Whether all, or virtually all, of the Natural Balance brand pet food

7                   products were "Made in the USA";

8            (v)    Whether Defendants concealed the true origin of Natural Balance

9                   brand pet food products and omitted the fact that Natural Balance

10                 brand pet food products contained components that were

11                 manufactured and made, in whole or in part, outside the United

12                 States;

13            (vi)   Whether Defendants participated in the alleged mislabeling of

14                   Natural Balance brand pet food products as "Made in the USA";

15            (vii)   Whether Defendants knew or should have known that Natural

16                   Balance brand pet food products contained components that were

17                  manufactured and made, in whole or in part, outside the United

18                 States;

19           (viii)  Whether the members of the Class sustained damage as a result of

20                 the Defendants' conduct;

21            (ix)   Whether the Defendants unfairly or unlawfully received and/or

22                   retained revenue acquired through the scheme alleged herein;

23            (x)    Whether the Defendants engaged in a uniform corporate policy of

24                   marketing Natural Balance brand pet food products as "Made in

25                 the USA"; and/or,

26            (xi)   Whether the applicable statute of limitations was tolled by virtue of

27                  Defendants concealment and non-disclosure of material facts;

28      c.     The claims of the representative Plaintiff are typical of the claims of the

1  Class in that the Plaintiff purchased Natural Balance brand pet food products between April 26,

2  2003 and April 17, 2007.  The claims of both the named Plaintiff and the claims of all other

3  Class members result from Defendants' actions in marketing and/or labeling Natural Balance

4  brand pet food products as "Made in the USA" which were in fact made, manufactured or

5  produced with certain components made outside of the United States.

6         d.     The claims of the representative Plaintiff will fairly and adequately protect

7  the interests of the Class.  The Class interests are coincident with, and not antagonistic to, those

8  of the Plaintiff.  Furthermore, Plaintiff have retained and are represented by experienced class

9  action counsel.

10      20.     In this action, Plaintiff and the Class seek all relief authorized under California

11  law for which class-wide relief is available, disgorgement, restitution and reasonable attorneys'

12  fees and costs incurred in the prosecution of this action.  The law of California is uniformly

13  applicable to all members of the Class because the Defendants reside in California and the

14  unlawful conduct emanated from California.  Therefore, California has a strong interest in

15  preventing and providing relief for fraudulent and unlawful conduct emanating from California.

16  Further, there can be no manageability problems due to variations in state laws or choice of law

17  provisions, because the representations of "Made in the USA" were uniform and systematic and

18  the laws of the United States and of all 50 states prohibit and make unlawful the designation of

19  "Made in the USA" on a product that is not entirely made in the United States.  Further, the

20  deceptive or false designation of geographic origin is actionable in all 50 states, and there are no

21  relevant variations in the law of the states which impact the claims asserted herein.  The

22  performance of applicable choice of law or conflict of law analysis does not render the class

23  unmanageable, moreover, any manageability issue which may arise can be handled through the

24  use of a subclass.

25      21.     A class action is superior to any other available methods for the fair and efficient

26  adjudication of this controversy.  The amount of each individual claim is too small to warrant

27  individual litigation.  Even if any group of class members itself could afford individual litigation,

28  such a multitude of individual litigation would be unduly burdensome to the courts in which the

1 individual litigation would proceed. The class action device is preferable to individual litigation

2 because it provides the benefits of unitary adjudication, economies of scale, and comprehensive

3 adjudication by a single court. Finally, class wide litigation will insure that wrong doers do not

4 retain the ill-gotten gains acquired through their wrongful conduct.

5   22. A certified Class for injunctive relief is appropriate because Defendants have

6 uniformly acted or refused to act on grounds generally applicable to the class, thereby making

7 appropriate final injunctive relief with respect to the Class as a whole. Conjunctively, or

8 alternatively, a class certified for restitution and/or damages is also appropriate. The common

9 questions of law and fact predominate over individual questions because all injuries sustained by

10 any member of the Class arise out of the singular conduct of the defendant in uniformly

11 providing deceptive representations regarding the Natural Balance brand pet food products and

12 selling such products to the Class through deceptive and unlawful representations regarding the

13 geographic origin of the products.

14

15        **FIRST CAUSE OF ACTION**

16     **VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT**
        **(CIVIL CODE § 1770 *et seq*.)**

17        **(Against All Defendants)**

18   23. Plaintiff repeats, incorporates by reference and realleges the allegations contained

19 in Paragraphs 1-22 above as if fully set forth herein.

20   24. Plaintiff brings this claim under California consumer fraud laws, particularly

21 Civil Code § 1770, *et seq*., on behalf of himself and the Class who purchased Natural Balance

22 brand pet food products and who were thus uniformly subject to Defendants' above-described

23 deceptive, unlawful and fraudulent conduct. The laws of every other state are identical to and/or

24 substantively similar to California consumer fraud laws in that federal law and the laws of every

25 state prohibit the use of deceptive representations regarding the geographic origin of products,

26 and every state similarly authorizes an action by consumers for such conduct. In addition, the

27 laws of the state of California can be properly applied to the conduct of the Defendants and to all

28 claims arising therefrom.

25.     The Natural Balance brand pet food products, as described above, were purchased by the Plaintiff and by other consumers similarly situated primarily for personal, family, or household purposes.  Thousands of units of Natural Balance brand pet food products were sold in the United States between April 26, 2003 and April 17, 2007.

26.     The Defendants violated their statutory duty by working in concert and each participating in an elaborate scheme wherein Defendants deliberately mislabeled products or caused products to be mislabeled as to their geographic origin for the purpose of deceiving consumers,  increasing sales and reducing costs.  Defendants also acted deceptively and unfairly because all of the Natural Balance brand pet food products had the deceptive appearance of a product that was "Made in the USA."

27.     The Defendants violated their duty under the aforementioned statutes, including but not limited to, Civil Code § 1770(a)(4), by, among other things, making false representations and/or designations as to the geographic origin of the Natural Balance brand pet food products. This conduct violates California law, and the law of every other state, all of which laws are identical in prohibiting deceptive representations or designations of geographic origin in the marketing and sales of goods.

28.     The Defendants' actions as alleged herein were unfair and deceptive and constituted the concealment, suppression and omission of material facts with the intent that Plaintiffs and the Class would rely upon the false statement through the concealment, suppression and omission of such material facts, all in violation of the applicable Consumer Legal Remedies Act.

29.     Each Natural Balance brand pet food product represented to the Plaintiff and every other member of the Class, at the time of purchase, that the Natural Balance brand pet food product was "Made in the USA" without qualification.  Contrary to such representation, each Natural Balance brand pet food product purchased by the Plaintiff and by every other member of the Class uniformly contained component(s) that were made and/or manufactured outside of the United States.

30.     These representations were made by Defendants to Plaintiff and the Class in

1  prominent writing on the label of each Natural Balance brand pet food product purchased by the

2  Plaintiff and by every other member of the Class, at the time of their respective purchases.

3  Because the true facts concerning the use component(s) that were made and/or manufactured

4  outside of the United States were concealed by Defendants and never disclosed until after April

5  17, 2007, the true facts concerning the geographic origin of the products were not and could not

6  have been known to Plaintiff or any other member of the Class.

7      31.    When making the representations on the label that the products were "Made in

8  the USA", the Defendants intended that the representations be relied upon by all consumers in

9  making their purchase.

10     32.    All other states have consumer fraud statutes which are substantially similar to the

11  California Consumer Legal Remedies Act.  To the extent that the California Consumer Legal

12  Remedies Act my be found not to protect the residents of other states, the consumer fraud acts of

13  the Defendants' forum state could be applied to all members of the Class.

14     33.    Plaintiff was injured by the many violations of the Consumer Legal Remedies

15  Act. and parallel sister state statutes, and Plaintiff has thereby been damaged in an amount to be

16  proven at trial.  As a direct and proximate result of the acts and practices alleged above, members

17  of the Class who purchased the subject Natural Balance brand pet food products from

18  Defendants. including the Plaintiff, lost monies in a sum currently unknown but subject to proof

19  at the time of trial.  This Court is empowered to, and should. order restitution to all persons from

20  whom Defendants deceptively, unfairly and/or unlawfully took money in order to accomplish

21  complete justice.

22

23              **SECOND CAUSE OF ACTION**

24         **FOR UNFAIR COMPETITION IN VIOLATION OF**

25    **BUSINESS & PROFESSIONS CODE §17200, *et seq.* and § 17500, *et seq.***

26                **(Against All Defendants)**

27     34.    Plaintiff alleges and incorporates by reference each and every allegation contained

28  in paragraphs 1 through 33 above, as if set forth at this point.

13

COMPLAINT

Exhibit A Page *16*

35.     California law defines unfair competition to include any "unfair," "unlawful," or "fraudulent" business act or practice.  California Business & Professions Code § 17200.  Unlawful business acts are those which are in violation of federal, state, county, or municipal statutes or codes, as well as federal and state regulations.

36.     The acts, practices, misrepresentations and omissions of Defendants violated California Business & Professions Code § 17533.7, which makes it unlawful for any person to sell in California products which contain the statement "Made in USA," "Made in America," "USA" or similar words when the merchandise or any part thereof has been substantially made, manufactured or produced outside the United States.  As alleged above, during the relevant time period, the subject Natural Balance brand pet food products were unlawfully labeled "Made in the USA," or the equivalent, because certain components of such products were substantially made, manufactured or produced outside the United States.  This conduct also violates federal law, and in particular, 15 U.S.C. § 45a.

37.     The acts, practices, misrepresentations and omissions of Defendants were intended to result and did result in the sale of the subject Natural Balance brand pet food products to the consuming public and violated and continue to violate the Consumers Legal Remedies Act, California Civil Code § 1750, et seq., by violating at least Civil Code § 1770(a)(2), (3), (4), (5), (7), (9) and (16).  Defendants have misrepresented the source of the subject "Made in the USA" pet food products and have misrepresented the affiliation, connection, and association of such "Made in the USA" pet food products with America.  Defendants have represented that the subject "Made in the USA" pet food products have the characteristic of being made in America and the benefits of American-made products, which they did not have.  Defendants have represented that the subject "Made in the USA" Natural Balance brand pet food products had the standard, quality, and grade of American-made products, which they did not have.  Defendants have advertised, marketed and/or labeled the subject "Made in the USA" pet food products as made in America with the intent not to sell them as so advertised.

38.     The acts, practices, misrepresentations and omissions of Defendants violated California Business & Professions Code § 17500, et seq. because Defendants' conduct was

1   intended to, and did, induce the sale of misrepresented pet food products to the consuming

2   public. Defendants caused to be made, published, disseminated, circulated or placed before the

3   public, advertisements and/or packaging concerning the Natural Balance pet food products at

4   issue which contained U.S. origin statements which were untrue, deceptive, misleading, or

5   materially incomplete, which were known, or which by the exercise of reasonable care should

6   have been known, by Defendants to be untrue, deceptive, misleading, or materially incomplete,

7   as part of a plan or scheme with the intent, design or purpose not to sell such products as

8   advertised.

9       39.    Defendants' actions constituted unfair business acts and practices by

10  misrepresenting the origin of the subject Natural Balance products containing certain components

11  not of U.S. origin, which was likely to mislead and did mislead the general public. Defendants

12  have unfairly taken advantage of American consumers' favorable reaction to products labeled

13  Made in America, given the desire of many American consumers to support fellow American

14  workers and job growth in the United States, and their ignorance of the fact that the Defendants

15  have mislabeled its products as made in America. The justification for selling the tools as being

16  "Made in the USA" absent the critical disclosures detailed above is outweighed by the gravity of

17  the harm the sale of such products could cause, particularly considering the alternatives available

18  to Defendants. Such conduct offends public policy and causes substantial injury to consumers.

19      40.    Defendants maintained an unfair business advantage over its competitors who

20  would otherwise be forced to sell products made in the United States at much lower profit

21  margins, if not at a loss, in order to compete with Defendants in the marketplace.

22      41.    Defendants' actions constitute fraudulent business acts and/or practices by

23  misrepresenting that the subject Natural Balance pet food products were entirely made in

24  America. Members of the public were likely to be misled, and have been misled, to believe the

25  subject tools and accessories advertised and/or labeled by Defendants as "Made in USA" were, in

26  fact, American made, when certain components of those products were actually purchased,

27  manufactured or developed in foreign countries, including China. Such business acts and

28  practices are fraudulent and likely to deceive consumers.

15
COMPLAINT

42.   Plaintiff, as a representative of a class of persons with common or general interest, is entitled to bring an action to enjoin Defendants' wrongful practices and to obtain restitution for the monies acquired by Defendants through such wrongful practices.  Plaintiff is authorized to bring such action on behalf of the class of people with common or general interest, pursuant to California Business & Professions Code § 17200, et. seq.

43.   As a direct and proximate result of Defendants' unfair competition in violation of the California law, Plaintiff individually lost money, and the members of the public who have purchased the subject products have lost money in sums exceeding the jurisdictional minimum of this Court, to be proven at the time of trial.  Plaintiff requests this Court order, as it is empowered to order, restitution to all persons from whom Defendants unfairly and/or unlawfully took money.

44.   Defendants' unfair competition in violation of California law presents a continuing threat to members of the general public in that Defendants are continuing, and will continue, unless enjoined, to commit unlawful, unfair, and/or fraudulent business acts or practices.  Plaintiff requests that this Court order, as it is empowered to order, a preliminary and/or permanent injunction against such acts and practices.

## **PRAYER**

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in their favor and against Defendants as follows:

1.  Certify this action as a class action;

2.  Award damages and/or restitution in an amount to be proven at trial;

3.  Order declaratory relief finding that Defendants have engaged in unlawful, unfair and/or deceptive business practices.

4.  Order injunctive relief enjoining Defendants and their officers, directors, agents, distributors, servants, employees, attorneys, and all others in active concert or participation with Defendants, or any of them, jointly and severally, during the pendency of this action and permanently thereafter from falsely representing the origin of the products;

16
COMPLAINT

5. Award pre-judgment and post-judgment interest at the maximum rate allowed by law and costs of suit;

6. Award Plaintiff attorneys' fees and all litigation expenses as allowable by law. Alternatively, for all attorneys' fees and all litigation expenses to be awarded pursuant to the substantial benefit doctrine or other authority requiring Defendants to pay Plaintiff's attorneys' fees and litigation expenses. Alternatively, for attorneys' fees and other litigation expenses to be paid under the common fund doctrine or any other provision of law; and

7. Award punitive damages in an amount to be proven at trial pursuant to Civil Code §1780(a)(4) and/or Civil Code §3294;

8. Order such other and further relief as the Court may deem just and proper.

Dated:     5.2.07

BLUMENTHAL & NORDREHAUG

By:  _____
Norman B. Blumenthal, Esq.
Attorneys for Plaintiff

K:\D\NBB\Kennedy v. Natural Balance\Complaint-Pet Food-02.wpd

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Norman Blumenthal (State Bar # 068687)<br>Blumenthal & Nordrehaug<br>2255 Calle Clara, La Jolla, CA 92037<br>TELEPHONE NO: (858) 551-1223    FAX NO. (858) 551-1232<br>ATTORNEY FOR *(Name)*: Robert Adam Kennedy, Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Kennedy v. Natural Balance

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 37-2007-00066201-CU-BT-CTL |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [X] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [X] is    [ ] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [X] Large number of witnesses
   b. [X] Extensive motion practice raising difficult or novel    e. [X] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve       in other counties, states, or countries, or in a federal court
   c. [X] Substantial amount of documentary evidence    f. [X] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary    b. [X] nonmonetary; declaratory or injunctive relief    c. [X] punitive
4. Number of causes of action *(specify)*: TWO (2)
5. This case [X] is    [ ] is not    a class action suit.
6. This case [ ] is    [X] is not    a collections case under rule 3.740.
7. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: May 2, 2007

Norman Blumenthal
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, or a collections case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration § 19
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

| | |
|---|---|
| STREET ADDRESS: | 330 West Broadway |
| MAILING ADDRESS: | 330 West Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 685-6026 |

PLAINTIFF(S) / PETITIONER(S):    Robert Adam Kennedy

DEFENDANT(S) / RESPONDENT(S):  Natural Balance Pet Foods Inc et.al.

KENNEDY VS. NATURAL BALANCE PET FOODS INC

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2007-00066201-CU-BT-CTL |
|---|---|

Judge:  Joan M. Lewis                                              Department: C-65

**COMPLAINT/PETITION FILED:** 05/03/2007

### CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS: 330 West Broadway

MAILING ADDRESS: 330 West Broadway

CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827

BRANCH NAME: Central

FOR COURT USE ONLY

PLAINTIFF(S): Robert Adam Kennedy

DEFENDANT(S): Natural Balance Pet Foods Inc et.al.

SHORT TITLE: KENNEDY VS. NATURAL BALANCE PET FOODS INC

| STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS (CRC 201.9) | CASE NUMBER: 37-2007-00066201-CU-BT-CTL |
|---|---|

Judge: Joan M. Lewis                                                   Department: C-65

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐ Court-Referred Mediation Program

☐ Private Neutral Evaluation

☐ Private Mini-Trial

☐ Private Summary Jury Trial

☐ Private Settlement Conference with Private Neutral

☐ Other (specify): _____

☐ Court-Ordered Nonbinding Arbitration

☐ Court-Ordered Binding Arbitration (Stipulated)

☐ Private Reference to General Referee

☐ Private Reference to Judge

☑ Private Binding Arbitration

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate: (mediation & arbitration only) _____

Date: _____                    Date: _____

_____                          _____
Name of Plaintiff                            Name of Defendant

_____                          _____
Signature                                    Signature

_____                          _____
Name of Plaintiff's Attorney                 Name of Defendant's Attorney

_____                          _____
Signature                                    Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, Rule 225. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

**IT IS SO ORDERED.**

Dated: 05/03/2007

_____
JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 01-07)        **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**        Page: 1

3

Exhibit A Page 23

PAGE 2/4 · RCVD AT 6/13/07 12:00:04 PM [Pacific Daylight Time] · SVR:SBDCS1/2 · DNIS:5900 · CSID:619 685 1124 · DURATION (mm-ss):02-04

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Kyle Nordrehaug (State Bar # 205975)<br>Blumenthal & Nordrehaug<br>2255 Calle Clara<br>La Jolla, California 92037<br><br>TELEPHONE NO. *(Optional)* (858) 551-1223   FAX NO. *(Optional)* (858) 551-1232<br>E-MAIL ADDRESS *(Optional)* kyle@bamlawlj.com<br>ATTORNEY FOR *(Name)* Robert Adam Kennedy, Plaintiff | **F I L E D**<br>Clerk of the Superior Court<br><br>JUN - 1 2007<br><br>By:_____ Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
- ☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649

| PLAINTIFF(S)<br>ROBERT ADAM KENNEDY, an individual, et al. | JUDGE Hon. Joan Lewis |
|---|---|
| DEFENDANT(S)<br>NATURAL BALANCE PET FOODS, INC., et al. | DEPT 65 |
| **CERTIFICATE OF SERVICE**<br>(San Diego Superior Court Rules, Division II, Rule 2.5) | CASE NUMBER<br>37-2007-00066201-CU-BT-CTL |

I certify under penalty of perjury under the laws of the State of California that all defendants named in the complaint of the above-entitled case have either made a general appearance or have been properly and timely served in compliance with San Diego Superior Court Rules, Division II, Rule 2.5.

Date: June 1, 2007

Signature _____

Kyle Nordrehaug
Typed or printed name

**NOTES:**

If service cannot be effected on all defendants within 60 days of filing the complaint, DO NOT USE THIS CERTIFICATE, but file the form CERTIFICATE OF PROGRESS (SDSC CIV-144) stating the reasons why service has not been effected on all parties and what is being done to effect service.

THE FILING OF A GENERAL APPEARANCE BY A DEFENDANT DOES NOT DISPENSE WITH THE PLAINTIFF'S OBLIGATION TO FILE THIS DOCUMENT.

Exhibit A Page 24

PAGE 3/4 * RCVD AT 6/13/2007 12:01:07 PM [Central Daylight Time] * SVR:ISBDGS01/2 * DNIS:6895124 * CSID:619 685 1124 * DURATION (mm-ss):02-08

Case 3:07-cv-01089-RJB-PCL Document 1-4 Filed 06/13/2007 Page 25 of 26

NORMAN B. BLUMENTHAL, ESQ.(SBN 068687)
BLUMENTHAL & NORDREHAUG,
2255 CALLE CLARA
LA JOLLA  CA  92037
858-551-1223
Attorney for : PLAINTIFF

Ref. No.     : 0244911-01
Atty. File No.  : CA365

2007 MAY 24  PM 4: 33

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA



SUPERIOR COURT OF CA. COUNTY OF SAN DIEGO
SAN DIEGO  JUDICIAL DISTRICT

PLAINTIFF      : ROBERT ADAM KENNEDY, an individual
DEFENDANT   : NATURAL BALANCE PET FOODS, INC.

Case No.: 37-2007-00068201-CU-BT-CTL
**PROOF OF SERVICE**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF CASE ASSIGNMENT; STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION PROCESS; NOTICE TO LITIGANTS/ ADR INFORMATION PACKAGE

3.   a. Party served   :   NATURAL BALANCE PET FOODS, INC., a California corporation
        AUTHORIZED AGENT FOR SERVICE: JOEY HERRICK
     b. Person served  :      JOEY HERRICK, (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served 12924 PIERCE STREET
        PACOIMA, CA 91331      (Business)

5.   I served the party
     a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on  May 16, 2007   (2) at: 12:50 PM

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c.  on behalf of:        NATURAL BALANCE PET FOODS, INC., a California corporation
                             AUTHORIZED AGENT FOR SERVICE: JOEY HERRICK
        under [xx] CCP 416.10  (corporation)

7.   **Person who served papers**
     a. JOSE SALAS
     b. KNOX ATTORNEY SERVICE, INC.
        2250 Fourth Avenue
        San Diego, California 92101
     c. 619-233-9700

     d. Fee for service: $82.50
     e. I am:
        (3) a registered California process server
           (i)   an employee
           (ii)  Registration No.  152
           (iii) County:  San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 18, 2007

Signature:  _____
                        JOSE SALAS

Jud. Coun. form. rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

Exhibit A Page 25

FILE No.884 06/13 '07 11:55    ID:CAL EXPRESS    INC.    FAX:619 685 1124    PAGE    3

NORMAN B. BLUMENTHAL, ESQ. (SBN 068687)
BLUMENTHAL & NORDREHAUG,
2255 CALLE CLARA
LA JOLLA  CA  92037
858-551-1223                    Ref. No.      : 0244911-02
Attorney for : PLAINTIFF         Atty. File No. : CA365

**F I L E D**
Clerk of the Superior Court

**JUN – 1 2007**

By_____Deputy

SUPERIOR COURT OF CA. COUNTY OF SAN DIEGO
SAN DIEGO  JUDICIAL DISTRICT

PLAINTIFF     : ROBERT ADAM KENNEDY            Case No.: 37-2007-00066201-CU-BT-CTL
DEFENDANT   : NATURAL BALANCE PET FOODS, INC.   **PROOF OF SERVICE**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF CASE ASSIGNMENT;
       STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION PROCESS; NOTICE
       TO LITIGANTS/ ADR INFORMATION PACKAGE

3.   a. Party served     :   WILBUR-ELLIS COMPANY, a California corporation
                              AUTHORIZED AGENT FOR SERVICE: JAYE STEDMAN / NICOLE FARRAR
     b. Person served   :      NICOLE FARRAR, LEGAL COUNSEL
                              (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served  345 CALIFORNIA ST      27TH FLOOR
                                          SAN FRANCISCO, CA  94104      (Business)

5.   I served the party
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on  May 14, 2007   (2) at: 10:12 AM

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c. on behalf of:        WILBUR-ELLIS COMPANY, a California corporation
                             AUTHORIZED AGENT FOR SERVICE: JAYE STEDMAN / NICOLE FARRAR
        under [xx] CCP 416.10   (corporation)

7.   **Person who served papers**
     a. LON COOK                              d. Fee for service: $82.05
     b. KNOX ATTORNEY SERVICE, INC.           e. I am:
        2250 Fourth Avenue                        (3) a registered California process server
        San Diego, California 92101                  (i)   an employee
     c. 619-233-9700                               (ii)  Registration No. 152
                                                    (iii) County: San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 21, 2007                     Signature: _____
                                                      LON COOK

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)